Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 20−21720−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Syed M Asim
   205 Whitehead Avenue
   South River, NJ 08882

Social Security No.:
   xxx−xx−5235

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/15/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 16, 2020
JAN: bwj

                Jeanne Naughton
                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Syed M Asim  
    Debtor(s)

Case No. 20-21720-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 16, 2020      Form ID: 148      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Syed M Asim, 205 Whitehead Avenue, South River, NJ 08882-1347 |
| 519046781 | + | Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518991040 | #+ | KML Law Group P.C., 216 Haddon Ave. Suite 406, Collingswood, NJ 08108-2812 |
| 518991041 | + | Loandepo.co, Po Box 77404, Ewing, NJ 08628-6404 |
| 518991043 | + | Middlesex County Chancery Division, P.O. Box 971, Trenton, NJ 08625-0971 |
| 518991044 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 16 2020 22:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 16 2020 22:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518991033 | + | EDI: CITICORP.COM | Dec 17 2020 02:13:00 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519024253 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 16 2020 22:07:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034 |
| 519046679 | | EDI: CITICORP.COM | Dec 17 2020 02:13:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518991034 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 16 2020 22:07:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 518991035 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 16 2020 22:08:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 519020974 | | EDI: DISCOVER.COM | Dec 17 2020 02:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 518991036 | + | EDI: DISCOVER.COM | Dec 17 2020 02:13:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 518991038 | | EDI: IRS.COM | Dec 17 2020 02:13:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519043758 | | EDI: PRA.COM | Dec 17 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518991045 | + | EDI: PRA.COM | Dec 17 2020 02:13:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |

Case 20-21720-MBK    Doc 18    Filed 12/18/20    Entered 12/19/20 00:23:09    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: 148 | Total Noticed: 24 |

| 518991046 | + EDI: RMSC.COM | | |
|---|---|---|---|
| | | Dec 17 2020 02:13:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518992255 | + EDI: RMSC.COM | | |
| | | Dec 17 2020 02:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518997613 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Dec 16 2020 22:19:47 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519003933 | EDI: WFFC.COM | | |
| | | Dec 17 2020 02:13:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518991047 | + EDI: WFFC.COM | | |
| | | Dec 17 2020 02:13:00 | Wf/fmg, Po Box 14517, Des Moines, IA 50306-3517 |
| 518991042 | + Email/Text: bknotification@loandepot.com | | |
| | | Dec 16 2020 22:09:00 | loanDepot, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518991039 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 518991037 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LoanDepot.com LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Syed M Asim rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 4